UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
PANAMA CITY DIVISION

JAMES SASTRE,

    Plaintiff,

v.                                      CASE NO.

CITY OF PARKER, DENNES HUTTO, in his individual capacity, and RICHARD MUSGRAVE, in his individual capacity,

    Defendants.

_____/

## NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION.

Defendants, CITY OF PARKER, DENNES HUTTO, and RICHARD MUSGRAVE, ("Defendants") pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby give this Notice of Removal of an action pending in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, and states:

I. **Procedural Allegations:**

1.    Plaintiff sued Defendants in a civil action in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, Case Number 2016-CA-16. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process,

pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits "A"-"K".

2. Plaintiff's action against Defendants alleges "First and/or Fourteenth Amendment Retaliation" pursuant to 42 U.S.C. §§ 1983 and 1988, and state law claims of intentional interference with a business relationship.

3. Plaintiff served Defendant Dennes Hutto on March 11, 2022 and this removal is timely filed under 28 U.S.C. §1446(b). All Defendants consent to removal.

4. A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

II. Federal Jurisdiction:

5. Counts I, II, and III of the Complaint are brought under 42 U.S.C. § 1983 and allege violations of the First and/or Fourteenth Amendments to the United States constitution. This Court has subject matter jurisdiction over these claims based on federal question jurisdiction, 28 U.S.C. §1331.[1] The Court also has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1343(a).

---

[1] Federal question jurisdiction exists in a civil matter when the "claim or right aris[es] under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

2

6.  Count IV is a state law claims for intentional interference with an advantageous business relationship. This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

**WHEREFORE**, Defendants jointly requests that all claims in the referenced action be removed to this Court.

Respectfully submitted this 7th day of April, 2022.

*s/ Scott J. Seagle*



Scott J. Seagle, (FBN: 57158)
Gwendolyn Adkins, (FBN: 0949566)
sjseagle@coppinsmonroe.com
gadkins@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com
COPPINS MONROE, P.A.
1319 Thomaswood Drive,
Tallahassee, FL 32308
Office: 850-422-2420 ׀ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS
CITY OF PARKER, FLORIDA, DENNES HUTTO,
and RICHARD MUSGRAVE

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

I also certify that the same has been served to counsel for Plaintiff on this 7th day of April 2022 via electronic mail, as follows:

Marie A. Mattox
MARIE A. MATTOX, P. A.
Marie@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com

ATTORNEYS FOR PLAINTIFF

*s/ Scott J. Seagle*
Attorney