# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JAMES SASTRE,

    Plaintiff,

v.                                          Case No. 5:22-cv-73-AW-MJF

CITY OF PARKER, FLORIDA, et al.,

    Defendants.

_____/

## JUDGMENT

Based on the parties' settlement, the case is dismissed.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

February 8, 2023                               *s/ TiAnn Stark*
Date                                                    Deputy Clerk: TiAnn Stark